RONALD HEDDING, ESQ.
CA Bar No. 171310
HEDDING LAW FIRM
16000 Ventura Blvd. Penthouse Suite 1208
Encino, CA 91436
heavyhitteresq@yahoo.com
818.986-2092

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
robert@draskovich.com
702.474.4222
Local Counsel

```
         FILED          RECEIVED
         ENTERED        SERVED ON
                 COUNSEL/PARTIES OF RECORD

              FEB 24 2021

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:20-mj-00892-VCF |
| Plaintiff, | ) |
| vs. | ) |
| | ) ***ORDER CONTINUING*** |
| | ) ***PRELIMINARY EXAMINATION*** |
| KENNETH GREENLAND, et al., | ) |
| Defendant. | ) |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary examination in the above-captioned matter currently scheduled for March 1, 2021 at 4:00 p.m., be vacated and continued to April 30, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED AND DONE this _24_ day of _____ February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

-3-