CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-160-APG-VCF |
| Plaintiff, | **Stipulation to Extend Deadlines Regarding Defendant's Motion (Third Request)** |
| v. | |
| KENNETH EDWARD GREENLAND, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Ronald Daniel Hedding, Esq., counsel for defendant, that defendant's deadline to file a reply to the government's response of defendant's Motion to Suppress Evidence, ECF No. 63, currently set for November 1, 2021, be extended until November 15, 2021.

1.  Defendant filed his Motion to Suppress Evidence on September 3, 2021, and the parties agreed to extend the government's response deadline to October 25, 2021 due to government counsel's involvement in the preparation of trial of an unrelated matter, and difficulty locating the arresting officer, both with defense counsel's gracious consent.

2. The government filed the response on October 25, 2021. In addition to the response, the government produced to defense new evidence it discovered in the course of investigating and preparing for the response.

3. The parties agree that with the production of new evidence which is relevant to the motion, defense needs additional time in order to properly prepare a comprehensive reply.

4. As such, the parties respectfully ask this Court to grant a two-week extension, or until November 15, 2021, for defendant to file a reply to the government's response of defendant's motion to suppress.

DATED this 29th day of October, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

| s/Jim W. Fang | s/ Ronald Daniel Hedding |
|---|---|
| JIM W. FANG | RONALD DANIEL HEDDING, ESQ. |
| Assistant United States Attorney | *Counsel for Defendant* |
| *Counsel for the United States* | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EDWARD GREENLAND,<br><br>Defendant. | Case No. 2:21-cr-160-APG-VCF |

### ORDER

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant's reply to the Government's response to defendant's Motion to Suppress Evidence, ECF No. 63, shall be filed and served on or before November 15, 2021.

DATED this 29th day of October, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE