**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-cr-00160-RFB-VCF |
| v. | **ORDER** |
| KENNETH GREENLAND, | |
| Defendant. | |

Before me is the motion to suppress evidence derived from unlawful search and seizure. (ECF No. 63).

Accordingly,

I ORDER that an in-person evidentiary hearing on the motion to suppress evidence derived from unlawful search and seizure (ECF No. 63), is scheduled for 10:00 AM, January 25, 2022, in Courtroom 3D.

DATED this 22nd day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE