CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH EDWARD GREENLAND,<br><br>　　　　　　　Defendant. | CASE NO:  2:21-cr-160-APG-VCF<br><br>STIPULATION TO CONTINUE EVIDENTIARY HEARING (FIRST REQUEST) |

　　　　It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Ronald Daniel Hedding, Esq., counsel for defendant, that the evidentiary hearing in the above-captioned matter, previously scheduled for January 25, 2022, at 10:00 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 90 days from the current setting.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The evidentiary hearing for defendant's Motion to Suppress Evidence, ECF No. 63, is currently set for January 25, 2022.

　　　　2.　　The parties desire to continue said hearing for 90 days in anticipation of the indictment of a second defendant who will join the motion. The second defendant, Brittany

Griesel, was initially charged in the same criminal complaint as Greenland, *see* ECF No. 1, but was assigned to a different case when she pled guilty pre-indictment. However, she has since filed an unopposed motion to withdraw guilty plea, and the government anticipates that Griesel will be charged in the instant matter via a superseding indictment once her motion to withdraw is granted.

3. The parties agree that defendants should be allowed to jointly present a common issue to the Court, which would also result in judicial efficiency by allowing the Court to adjudicate this issue only once. The requested continuance would allow (1) Grisel to successfully withdraw her guilty plea; (2) the government to charge Griesel in the instant matter via a superseding indictment; and (3) Griesel to join the pending motion to suppress once she is indicted.

4. The parties are concurrently filing a separate stipulation to continue the trial date to accommodate for this request.

5. Defendant is out of custody and does not object to this continuance.

6. This is the first request for a continuance of the evidentiary hearing.

Dated this 18th day of January, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney  
    *Counsel for United States*

By: s/ *Ronald Daniel Hedding*  
    RONALD DANIEL HEDDING, ESQ.  
    *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH EDWARD GREENLAND,<br><br>　　　　　　　Defendant. | CASE NO: 2:21-cr-160-APG-VCF |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the evidentiary hearing currently set for January 25, 2022, *see* ECF No. 77, shall be continued and set for April 29, 2022, at 10:00 AM.

DATED this 18th day of January, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3