# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:21-cr-160-APG-VCF |
| vs. | |
| KENNETH EDWARD GREENLAND, | |
| Defendant. | |

## ORDER

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the evidentiary hearing currently set for April 29, 2022, *see* ECF No. 81, shall be continued and set for July 29, 2022 at 10:00 a.m. in LV Courtroom 3B before Magistrate Judge Cam Ferenbach. This will be an in person hearing.

DATED this 14th day of April, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE