# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH EDWARD GREENLAND,<br><br>　　　　　Defendant. | Case No. 2:21-cr-160-APG-VCF<br><br>**Government's Motion to Dismiss Criminal Indictment without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Criminal Indictment against defendant Kenneth Edward Greenland.

　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　 *s/Jim W. Fang*
　　　　　　　　　　　　　　　　　　JIM W. FANG
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __5th__ day of ___July_____, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE